Moraine Valley Community College  File Date: 8/5/13  8:58 AM
EMPLOYMENT AGREEMENT          SB PART-TIME
                                                           Fall, 2013
NAME                          ID NUMBER
Robin Meade                   007979

| START | END   |                  | << COURSE >>   |   | VALUE |
|-------|-------|------------------|----------------|---|-------|
| 8/19  | 11/ 2 | 01121335-5103002 | BUS 231 - 200  | 6 | 3.000 |
| 8/19  | 12/20 | 01121335-5103002 | BUS 130 - 003  |   | 3.000 |
| 8/19  | 12/20 | 01121335-5103002 | BUS 231 - 001  | 10| 3.000 |
|       |       |                  | TOTAL ECH      |   | 9.000 |

| 8/19  | 11/ 2 | 01121335-5103002 | PART-TIME ECH  |    | 3.000 |
| 8/19  | 12/20 | 01121335-5103002 | PART-TIME ECH  |    | 6.000 |
|       |       |                  | PART-TIME RATE | $  | 914   |
| 8/19  | 11/ 2 | 01121335-5103002 | PART-TIME      | $  | 2742  |
| 8/19  | 12/20 | 01121335-5103002 | PART-TIME      | $  | 5484  |
|       |       |                  | TOTAL          | $  | 8226  |

*457*
*548.40*

EMPLOYMENT AGREEMENT

Duly established and published Board policy is expressly made a part of this agreement by reference and shall be binding upon both parties. This is not a full-time employment contract, and the employee shall not be entitled to so-called fringe benefits provided by Board policy, except those required by law. Should the need for indicated service not materialize, this agreement automatically becomes null and void.

This appointment cannot be considered a commitment on the part of the College for a future assignment, since such commitments can only be made at a later date and depend upon student registration and faculty needs.

BY _____   _____
         Dean/Director              Employee

Note: This agreement must be signed and all employment forms must be on file with the Human Resources Office before payment can begin.

Reviewed by HR _____

                                                        7/1/00

EXHIBIT A



Moraine Valley Adjunct Faculty Organization
A Chapter of the Cook County College Teachers Union
9000 West College Parkway A237
Palos Hills, IL 60465   info@mvafo.org    708 974 5494    www.mvafo.org

August 20, 2013

League for Innovation in the Community College
League Board
1333 South Spectrum Boulevard, Suite 210
Chandler, Arizona 85286

Dear League Board,

Last November a request was made to me and the other union leaders by the administration at Moraine Valley Community College for a letter supporting the college in "reapplication of board status with the League for Innovation in the Community College as required when a new chief executive of a board college is appointed". At the time I declined because it is the position of the MVAFO that the college is not innovative toward adjuncts.

Not only is the college not innovative toward adjuncts, the college considers the adjuncts a disposable resource to such an extent; adjuncts are considered a separate, lower class of people. MVCC concentrates on building beautiful facilities and having carefully manicured grounds and throwing gala events with fabulous food. Everything looks wonderful but there is an insufficient amount of substance underneath.

Contrary to what was reported in the letter from the support staff union, the administration works hard to divide and conquer between the union chapters. There is a limited amount of collaboration as a result. Consistently decisions are made to allocate resources to the administration, full time faculty and staff while the adjuncts are often left to fend for themselves. (Feel free to see the data regarding adjuncts and innovation at MVCC for yourselves at http://www.mvafo.org on the Idea Corner page.)

Adjuncts easily teach 60% of the classes at MVCC. Practically speaking, this means that the student success rates depend more on the adjuncts than on the full time faculty. The administration consistently treats the adjuncts as a disposable resource despite the 12 year average adjunct length of service. Adjuncts who have taught innovatively for years are refused classes with no justification. This attitude has created a chilling effect which affects adjunct performance and erodes the confidence the idyllic atmosphere and beautiful buildings and grounds strive to project.

Last spring, during Earth Week the administration reported that Moraine provides sustainability socially by "providing a living wage and access to health care" for all

**EXHIBIT B**

employees. Adjunct faculty neither make a living wage nor have access to health care at Moraine. In fact, as of Fall 2012, the long standing adjunct discount for access to the health center was discontinued by the administration. The college is currently cutting hours for adjunct faculty to avoid providing health benefits to adjuncts under the Affordable Care Act. Adjuncts are no longer being allowed to teach and work hourly; meaning for example, that a developmental math instructor will no longer be able to tutor his own students in the tutoring lab. How will this affect student success? Developmental classes already experience a high failure rate, making it difficult for students to achieve completion in an area of study.

I understand that some of these issues may be dealt with in a similar fashion on other community college campuses. However, dealing with issues in a 'similar fashion' would be termed mediocrity, not innovation.

I was told plainly by Dr. Sylvia Jenkins that Dr. Gerardo De Los Santos had assured her that the MVCC reapplication to the League for Innovation was a mere formality and any letter of objection I sent would make no difference. I find it hard to believe that such a statement is in keeping with the integrity of your organization.

Please feel free to contact me with any questions.

Sincerely,

Robin Meade
President, MVAFO

 

MORAINE VALLEY COMMUNITY COLLEGE

## MEMORANDUM

TO: **Robin Meade**

FROM: **Andrew Duren**
**Executive Vice President**
**Administrative Services**

DATE: August 22, 2013

RE: **Notice of Termination**

    Your employment at Moraine Valley Community College is terminated effective immediately.

    The League for Innovation in the Community College has sent the College your August 20, 2013 letter, which I am attaching to this notice. Your letter is replete with misrepresentations and falsehoods, including irresponsible rhetoric such as: "The College considers the adjuncts a disposable resource to such an extent: adjuncts are considered a separate, lower class of people."

    Your letter goes far beyond what could be considered responsible advocacy on behalf of the Moraine Valley Adjunct Faculty Association. In reality, it is a personal attempt to falsely discredit Moraine Valley Community College and undermine the College's relationship with the League.

    Your conduct is disruptive and not consistent with the best interests of the College. For these reasons, the College has determined to terminate your employment effective immediately.

    In accordance with Section 8.6 of the Collective Bargaining Agreement, you have the right to grieve this decision.

**EXHIBIT 2**

**EXHIBIT C**

9000 W. College Pkwy., Palos Hills, IL 60465-2478    708.971.4300    morainevalley.edu

## Fw: Campus Access

From: **Robin Meade** (birgitta025@yahoo.com)   This sender is in your safe list.
Sent: Mon 9/09/13 3:32 PM
To: brenda.d.pryor@gmail.com (brenda.d.pryor@gmail.com); cmustari@msn.com (cmustari@msn.com); krhalejd@hotmail.com (krhalejd@hotmail.com)

Official notice

Sent from Yahoo! Mail on Android

From: O'Connor, Chief Patrick <ChiefOConnor@morainevalley.edu>;
To: O'Connor, Chief Patrick <ChiefOConnor@morainevalley.edu>; 'birgitta025@yahoo.com' <birgitta025@yahoo.com>;
Subject: Campus Access
Sent: Mon, Sep 9, 2013 8:27:12 PM

Robin,

This is to notify you that your further presence on campus; after your termination will be considered Criminal Trespass. It is the policy of the college to limit your visits to _your own labor issues alone_. All other issues that you feel you need to address will be directed to Vice President Duren or myself in his absence. Disruption or interference with normal college operations will not be accepted and violations after this notice may result in your arrest by the college police department. Any questions you have, again may be directed to VP Duren or myself in his absence. Thanks - Chief Pat O'Connor

Chief Patrick J. O'Connor, CPC

Past President, Illinois Association of Chiefs of Police



EXHIBIT 6

EXHIBIT D

Moraine Valley Community College PD

9000 W. College Parkway

Palos Hills, Illinois 60463

TX. 708 974-5555

Fax 708 974-8365