# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Robin Meade

  Plaintiff(s)

v.

Moraine Valley Community College

  Defendant(s)

Case No. 13 C 7950

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)

in the amount of $      ,

which ☐ includes    pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)

and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: Defendant's motion to dismiss federal claims is granted and the remaining state law claims are dismissed without prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge Select a Judge    presiding, and the jury has rendered a verdict.

☐ tried by Judge Select a Judge    without a jury and the above decision was reached.

☑ decided by Judge Samuel Der-Yeghiayan    on a motion for dismissal of federal claims.

Date: January 31, 2014      Thomas G. Bruton, Clerk of Court

                    /s/ Michael Wing     , Deputy Clerk