# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

October 30, 2014

Before:

DIANE P. WOOD, Chief Judge

RICHARD A. POSNER, Circuit Judge

DAVID F. HAMILTON, Circuit Judge

| No.: 14-1217 | ROBIN MEADE,<br>Plaintiff - Appellant<br><br>v.<br><br>MORAINE VALLEY COMMUNITY COLLEGE,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-07950<br>Northern District of Illinois, Eastern Division<br>District Judge Samuel Der-Yeghiayan ||

The district court's decision granting Moraine Valley's motion to dismiss for failure to state a claim is REVERSED, with costs, and the case is REMANDED for further proceedings consistent with the opinion.

The above is in accordance with the decision of this court entered on this date.