## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN MEADE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 C 7950 |
| | ) | |
| vs. | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| MORAINE VALLEY COMMUNITY COLLEGE, | ) | Magistrate Judge Michael Mason |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION *IN LIMINE* NO. 2
### (NO SUGGESTION OF PUNISHING THE COLLEGE
### OR TEACHING THE COLLEGE A LESSON)

Defendant Moraine Valley Community College ("College"), by and through its attorneys, John B. Murphey, Rosenthal, Murphey, Coblentz & Donahue, moves *in limine* for an order of this Court barring Plaintiff from arguing to the jury that the College should be "punished" or that the jury should "teach the College a lesson." In support of this Motion, Defendant states:

1. As a public body, the College is immune from punitive damage awards in civil rights actions. *Kolar v. Sangamon County*, 756 F.2d 564 (7th Cir. 1985).

2. Plaintiff's recovery in this case is limited to compensatory damages proven at trial.

3. Accordingly, if Plaintiff were to argue about "punishing" the Defendant or "teaching the Defendant a lesson," such argument would be indirectly injecting the punitive damage element into the jury's consideration. Such suggestion is contrary to law and would be prejudicial to Defendant.

Accordingly, Defendant prays that this Court issue an Order *in limine* barring Plaintiff from making any suggestion about punishing Defendant or teaching Defendant a lesson.

        Respectfully submitted,

        Moraine Valley Community College

        By:    s/John B. Murphey
                Attorney for Defendant

JOHN B. MURPHEY
Rosenthal, Murphey, Coblentz & Donahue
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. 312.541.1040/Fax. 312.541.9191

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Wayne B. Giampietro
Poltrock & Giampietro
123 W. Madison Street
Suite 1300
Chicago, Illinois 60602
312-236-0606
wgiampietro@wpglawyers.com


     /s/    John B. Murphey
ROSENTHAL, MURPHEY, COBLENTZ & DONAHUE
Attorney for Moraine Valley Community College
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax (312) 541-9191